Unsealed on 4/12/10

~~SEALED~~

FILED
10 APR -2 PM 1:41

10 MJ 1075

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>James Dennis WICKLINE<br><br>　　　　Defendant. | MAGISTRATE CASE NO. _____<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 2252(a)(2) -<br>Distribution of Images of Minors Engaged in<br>Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

On or about and between March 20, 2009 and May 20, 2009, within the Southern District of California, defendant James Dennis WICKLINE did knowingly distribute visual depictions using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction(s) were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Sherman Wooden
　　　　　　　　　　　　　　　　　　　　　　　　Special Agent, U.S. ICE

Sworn to me and subscribed in my presence this 1st day of April, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM V. GALLO**

## **STATEMENT OF FACTS**

I am a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), having been so employed for more than three years. I am currently assigned to the San Diego Office, Cyber Crimes division, and have been in this position since July of 2008. I have received training from the Federal Law Enforcement Training Center and other law enforcement agencies in the area of child pornography and pedophile behavior. I have assisted, or been the affiant, in the service of over 20 search and arrest warrants. I am currently assigned to the Internet Crimes Against Children (ICAC) task force in San Diego, CA. This task force includes members of the San Diego Police Department, San Diego Sheriff's Department, U.S. Postal Inspection Service, Federal Bureau of Investigation, Naval Criminal Investigative Service, U.S. Attorney's Office and the San Diego District Attorney's Office. This complaint is based on my own investigation as well as information received from fellow ICE Agents and other law enforcement officers.

In October of 2008, ICE Special Agent in Charge (SAC) Los Angeles, California initiated an investigation of a pornography website. The website has free thumbnail images that are actually web links to numerous adult pornography websites. Within the website is a "chat" section where users can communicate with other individuals. The user only has to create a user name and select if they are male or female. Inside of the chat room, users can hold online text conversations, post photos, graphics, messages, etc to the entire chat room or to a specific user. The user names are not permanent and is only valid for the user's current chat session. The users can change screen names each time they log into the chat portion of the website. On or about March 20, 2009, ICE SAC Los Angeles agents found a user with the screen name "Bi_ped_grandpa" and an Internet Protocol (IP) address of 75.36.33.51 had uploaded images of child pornography to the chat room at the website. The IP address belonged to AT&T and was registered to J. Dennis WICKLINE, at 3534 Mount Abbey Avenue San Diego, CA 92111. On or about June 24, 2009, ICE SA Sherman Wooden reviewed the images posted by user "Bi_ped_grandpa" and found several suspect child pornography images uploaded by "Bi_ped_grandpa" and other screen names that came back to Wickline's address to the chat room and specific users between March 20, 2009 and May 20, 2009.

The images posted are described as follows:

One image sent to the user "inzholger", titled "!!00016.jpg", was uploaded on or about March 20, 2009 at 07:40:50 Eastern Daylight Savings time (EDT). This image depicts two prepubescent males, approximately eight (8) to ten (10) years of age. The preteen males are nude and are sitting inside what appears to be the rear of a vehicle. The preteen males' legs are spread apart and their penises are clearly visible and appear to the focus of the image. A second image sent to the user "inzholger", titled "Laura_serie2_033.jpg", was uploaded on or about March 20, 2009 at 07:35:27 Eastern Daylight Savings time (EDT). This image depicts one prepubescent female, approximately eight (8) to ten (10) years of age. The prepubescent female is sitting in a chair naked from her upper chest down with her legs spread apart. The prepubescent female's vagina is clearly visible and appears to the focus of the image.

On or about March 20, 2009, at approximately 5:40 a.m. EDT, a user by the name of "Ashley_nursing" uploaded and sent six (6) images of minors engaged in sexually explicit conduct to the user "Dario". One image sent to the user "Dario", titled "basti10.jpg", was uploaded on March 20, 2009 at 05:44:56 EDT. This image depicts one pubescent male, approximately ten (10) to thirteen (13) years of age, lying down on what appears to be a couch. The preteen male's pants are down below his knees and his shirt is up above his chest. The preteen male is naked from his chest to his knees. The preteen male is holding his penis with his left hand.

On or about May 10, 2009, at approximately 11:58 a.m. EDT, a user by the name of "-boi-love-" uploaded and sent two (2) images of minors engaged in sexually explicit conduct to the entire chat room. Approximately seven minutes after the user's last post, a user with a different name of "--boi-love---" joined the chat room and uploaded and sent five (5) images of minors engaged in sexually explicit conduct to the user "surfer" and four (4) images of minors engaged in sexually explicit conduct to the entire chat room. Approximately eight minutes after that user's last post, a user with the different name of "-grampa-ped" joined the chat room and uploaded and sent two (2) images of minors engaged in sexually explicit conduct to the entire chat room. One image sent to the entire chat room, titled "b5b337e5.jpg", was uploaded on May 10, 2009 at 12:40:46 EDT. This image depicts one prepubescent male, approximately ten (10) to twelve (12) years of age, lying down on what appears to be the ground.

3

The minor male's penis is clearly visible. The minor male has what appears to be a canine's penis inside his mouth and one hand wrapped around the canine's penis.

On or about May 20, 2009, at approximately 1:39 a.m. EDT, a user by the name of "tiny-bald-lvr-ped" uploaded and sent two (2) images of minors engaged in sexually explicit conduct to the user "vanessa", two (2) images of minors engaged in sexually explicit conduct to the user "igiih", and two (2) images of minors engaged in sexually explicit conduct to the entire chat room. One image sent to the user "igiih", titled "victim196.jpg", depicts a prepubescent female, approximately five (5) to seven (7) years of age lying on what appears to be a bed. The minor female's torso, genital area, and parts of her legs are visible in the picture. The minor female's legs are spread apart and her vagina and anus are clearly visible. There is also a white substance on the minor female's stomach and vagina that appears to be ejaculated sperm.

As a result of this information, a federal search warrant was obtained. On October 29, 2009, SAC San Diego Special Agents along with members of the Internet Crimes Against Children (ICAC) Task Force served a federal search warrant at 3534 Mount Abbey Avenue San Diego, CA 92111. A search of the residence resulted in the discovery and seizure of one (1) desktop computer, one (1) loose hard drive, twelve (12) thumb drives, seventy-eight (78) compact discs, sixteen (16) VHS tapes, four (4) 8-mm tapes, three (3) disposable cameras, one (1) iPod music player, two (2) video recorders, and one (1) camera. The computer, loose hard drive, and thumb drives were seized and prepared for examination by ICE Computer Forensics Agents (CFA).

WICKLINE was present at his residence at the time of the search warrant and agreed to speak voluntarily with ICE agents. The interview was recorded with a digital voice recorder. During the interview, WICKLINE initially denied knowing anything about child pornography images being posted to a chat room. After WICKLINE'S computer bag was discovered in his room with a loose hard drive and nine thumb drives, WICKLINE eventually admitted to possessing child pornography images and movies and posting images to a chat room. WICKLINE stated a previous hard drive had stopped working a few months earlier and he had disposed of it. WICKLINE stated he began looking at child

4

pornography around the year 2000 and involved pictures of children nude and in sexual situations. WICKLINE said the children were as young as ten or possibly younger. WICKLINE said he has masturbated to child pornography images but has never touched a child and would never touch a child.

The following descriptions are a sample of the images found saved on Wickline's computer and/or loose media:

C:\HC\kgarden-dcp001-043.jpg was last accessed on September 13, 2009. The image depicts a young, prepubescent female minor, approximately four (4) to six (6) years old. The female minor is completely naked and she is on the lap of an unidentified adult male. The female minor's knees are resting on the adult male's legs. The adult male's right hand is grabbing the female minor's left leg and his left hand is holding his penis. The adult male's penis is inserted in the female minor's anus.

C:\HC\img20050207180231.jpg was last accessed on May 14, 2008. The image depicts an infant approximately six (6) to twelve (12) months old. The infant is lying down and an unidentified male's penis is inserted in the mouth of the infant.

C:\HC\NEWTIED3jpg was last accessed on September 13, 2009. The image depicts a young, prepubescent female minor, approximately eight (8) to ten (10) years old. The female minor is completely naked and lying on a bed. The female minor's arms are tied together with what appears to be black rope and her arms are pulled back over her head. The female minor's legs are spread apart and are tied up with black rope. The female minor is tied to the bed with the black rope and she has a black mask over her eyes and nose. The female minor's vagina and anus are clearly visible in the picture.

**Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

_Sherman F. Wooden_
Special Agent, ICE